No. D–86. IN RE DISBARMENT OF KUTA. It is ordered that Frank John Kuta, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–87. IN RE DISBARMENT OF COHEN. It is ordered that David Saul Cohen, of Glenview, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–88. IN RE DISBARMENT OF NOWAK. It is ordered that Joseph W. Nowak, of Calumet City, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the pracitce of law in this Court.

No. D–89. IN RE DISBARMENT OF AVGERIN. It is ordered that Constantine N. Avgerin, of Lake Bluff, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–90. IN RE DISBARMENT OF BUSHMAN. It is ordered that Ted Bushman, of Santa Maria, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–91. IN RE DISBARMENT OF LEONARD. It is ordered that John M. Leonard, Jr., of Hinsdale, Ill., be suspended from the pratice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.